FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
10th judicial / DIVISION

CASE NO. #02 CR-20-141

4:24-cv-00113-BRW

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 08 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Stedrick L. Putney Sr.
ADC # 664552

Address: 506 Walnut St. Texarkana, AR 71854

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Wilson
and to Magistrate Judge Ervin

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Judge And 10th Judicial Circuit Division 1 Court

Position: quoroum Court Judge and parties

Place of employment: Ashley County Circuit Court 10th Judicial Division 4

Address: Hamburg, AR

Name of defendant: Quincey M Ross

Position: Judge

-4-

Place of employment: Ashley county 10th Judicial district 1 Division

Address: Hamburg, AR

Name of defendant: Tim Leonard

Position: Court appointed attorney (public defender)

Place of employment: Ashley county 10th Judicial district 1 Division

Address: Hamburg, AR

Name of defendant: ~~Sandra Huntsmen~~ and Josh Pollock

Position: investigators

Place of employment: Ashley county sheriff department

Address: Hamburg, AR

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: South west ARkansas community Correction center 506 Walnut St. Texarkana, AR. 71854

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: yes I was arressted at Probation office on Oct, 18 over a drug test I admittal to court 3 days prior to not passing that I would not pass.

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____ No ✓

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? No I got sick.

-6-

Yes ____ No ✓

If not, why? I ended up with strep throat. I didn't have a chance at effective counsel. I could not reach out for a lawyer and I told them that.

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Michael Vorhease - Harrassing me at motel on serval occassions. Claiming he was stopping by for a probation revocation with probation officer knowing. Even come by with a visitor and her kids were in my room and I was not present in room but pulled me over in parking lot and brought me back to room to charge me with endangerment to to 2 minors that were in my room with their mom. Also charged me for drug paraphanalia when the girl (Tonya) admitted that every thing was her's. I let her stay there because the lights were out at her trailer and she had no air. Derrick Hill was with him. They came back like this a couple more times. Allison told me she did not know or tell them to come by. Tad Huntsman has harrassed me also. He come to a house where I was living at on North Georgia St. and searched it without a warrant.

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want back all monitaries and time loss, for harrassment and for being wrongfully jailed and accused and not given a fair trial and a chance to get a fair counsel doing trial. This has been going on for 7 years or more. It has cost me my jobs. I am a state employee. I have lost hundreds of thousands of dollars, if not more.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 23 day of January, 20 24.

_____

_____
Signature(s) of plaintiff(s)

-8-

① 

On July 19, 2023 the ACSO along with the Probation and Parole office (Terri Rodgers, officer Sivils) came to Hollywood motel to room 115 which is my room a little after daylight when I arrived. I had stayed at a friends house to wash clothes for the night. Prior to that night I Tom had been on a job to help someone move some equipment from a job to back up here in Crossett for work at AOP. I earned a thousand dollars. That job was in Vicksburg, Mississippi. I was not going to be able to pay my rent before that job was offered. The monthly fee at that motel was $800. I paid $750 to Eddie Chow the day before the cops came but Eddie Chow had made a statement about his little friend in India did not want me stay any more, I asked him why and he responded "I don't know why" I said well I been doing a job so I got the money to pay for the whole month. He responded I don't know if he will let u stay but I'll ask him and see, I said ok I'm on my way from ~~to meet the~~ Vicksburg. I'll be there

②

in a couple of hours and then we can talk face to face. When I arrived back to the hotel to talk to Eddy chow he met me outside the office to tell me that he talked to his little friend and that he said it was ok if I stayed as long as I payed and no one come by my room. The only ppl that really came to my room were my daughter and kids and also a couple of family members and girl friends. Also couple more friends that didn't come regulary came by to bring food for a lil money because they knew I was working and I would buy the food. Anyways that morning I got there July 1st I unloaded my clothes and put them in Rm on floor and bed but didn't unpack cause I had to use bathroom but by the time I went and set on toilet there was loud knocking on door. So I got up to answer the door before I could even finish. to see it was the ACSO and Parole office without the presence of my Probation officer Allyson carter who I hadn't seen since June 16, 2023.

③

@ 3 days after I had been to court and admitted to the judge and the court that I probably was not clean because I had done some drugs within the last few days. Ms. Carter ~~admitted~~ told me that not to worry about that test since she knew it was 3 days ago that I admitted to use but for some reason on the Probation report Terri Rodgers decided to use that drug test along with a report saying that I did not come to office as scheduled by her which she scheduled me to come back October 17 2023. But she denies that she even scheduled me and when she looked in her schedule book could not find any date she scheduled me to come. Mrs. Allison Carter was not even in office ~~and~~ but Terri Rodgers had me placed under arresst without a drug test or anything. I told her I could pass a drug



screening and she responded it was too late for all that and had me arrested without Mrs. Carter even being present again. I hadn't seen her since June 16, 2023. While in Jail, I first talked to a guy named [Haliman's] cracker. I don't know his real name but he told me that they (ACSO) had been to his and Garrett Bridges house on Etheridge Drive that morning before coming to my place. They found a small (tiny) ziplock bag of dope with just a corner in it, similiar to the one in my room. Supposedly they got him and Garrett Bridges but Bridges was not in jail. After I was arrested on October 18 and placed into custody at Parole office and taken to jail; when I was placed in my cell, I saw Garrett Bridges and spoke with him about the morning of July 19, 2023. He told me that the ACSO searched him with 2 balls of dope in his sock but never found it. But for some reason he stated they took him to jail but let him go without finding that 2 balls

(5)

of dope. Later Cadell Edwards (yogi) came to jail after being arrested and told me that on the night before the police came to Garrett Bridges and Hallman's (cracker) house on Etheridge he was there and lost 2 balls of dope there and did not find it. But for some reason it seems that the same dope they had appeared to be the same dope that ended up in my room that morning. And I know Garrett Bridges was not in custody on July 19, 2023 with that 2 balls of dope. I feel as if I was charged with what they had. The judge did not want to listen nothing I had to say. Tim Leonard wanted me guilty and Sandra Bradshaw claimed I had so a bad drug habit that I needed not to be free to even get the proper counsel for such a court case. I was not done rite in that court at all.

⑥

The judge was told by the Probation officer Allyson carter who was never present at anything but claimed she was in court. Officer Vorhease and Derrick Hill were constantly poping up at my room on my off days saying they were there for a probation revocation without allison or any other Parole or Probation officer searching me and my room, never finding me with anything but trying to charge me for anything. They did nothing but harrass the hell out of me on days I worked and on I my off days. I worked from 5:30 am to about 5:30 pm everyday Monday until thursday and sometimes on Friday. The judge (quency Ross) totally ignored the facts and the proper protcol for a court preceding. He totally ignored the lack of any proof without a reasonable doubt. Eddy Chow told Tad Huntsman how much money I payed which was $750. Tad told me this was drug money which was not true.

(7)

My bond after July 19, 2023 was set at $7500 and I had to get that money from eddie chow to bond out. I feel like I was cheated out that money. Besides I was paying eddy chow $1080 a month, $270 a week for rent and other occupants were telling me they only were paying $700 a month. Eddie had 4 or 5 other ppl. that had access to those rooms. Sony Poe who was Garrett Bridges girlfriend and she was Janiva and Adams sister that helped eddie chow. I think Janiva was Eddie's God daughter. But both her and Sony Poe worked at the motel and had access to make a key and adam did also, and he also had another mexican house keeper who had access and I often seen Christy Harris helping him in Rooms. He also had let other ppl in my room without my permission. The judge totally ignored me in court never asked me to speak. Even

(8)

though I could not speak in court because I was sick with strept throat. I was reporting to jail on weekends. I asked Jonny Guy for that proof but he told me he could not release that information unless the judg or court ordered it. The ALSO had no video or body camera when they entered my room to verify their findings. Eddy Chow did not submitt any video recording but had camera's all around the hotel. There could have been a case that could have been presentable but no effort was put forward by the Sheriff department, the Probation and Parole office, nor did the court take into accord any facts or non facts. The court appointed attorney did not even argue for me when he knew that their case was week. That attorney Tim leonard got me sentenced to 5 years and now I'm serving 10 months in ADC in Texarkana, AR

(9)

I was supposed to be in ccc. I don't agree to any of this. They have played with my life and destroyed my creditials in this state as a state liscence boiler operator that could make up to $400,000 to $500,000 a year on a job with those liscence. The AESO office and the Ashley count court and District court in Crossett and Hamburg have costed me in the last 10 years a lot of time and money. I have lost my jobs due to the problems they have caused me, I would like to retaliate with a law suit if possible because this keep happening over and over again they have destroyed my life. I'am a taxpayer and was a voter and I've worked for the state boiler inspection diwusion. They have ruined it for me.

Stedrick L. Putney Sr. #664552
SWACCC
506 Walnut St.
Texarkana, AR. 71854



INMATE MAIL

Pro Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, ARkansas 72201