# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEDRICK L. PUTNEY, SR.**                                                                 **PLAINTIFF**

**VS.**                                        **4:24-CV-00113-BRW**

**QUINCEY M. ROSS, Ashley County Judge,** *ET AL.*                        **DEFENDANTS**

## JUDGMENT

Consistent with today's order, this case is DISMISSED.

Dismissal of this case constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). I certify that an *in forma pauperis* appeal from this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of February, 2024.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE